IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

PIERRE COCHRAN,

Defendant.                                            No. 05-CR-30019-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Cochran's April 26, 2005 motion to continue trial setting (Doc. 17). The Court being fully advised in the premises finds that Cochran needs additional time to conduct plea negotiations with the Government. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the Court **GRANTS** Cochran's April 26, 2005 motion to continue trial setting (Doc. 17). The Court **CONTINUES** the **jury trial** scheduled for May 2, 2005 at 9:00 a.m. to **Monday, June**

**20, 2005 at 9:00 a.m.** The time from the date the original motion was filed, April 26, 2005, until the date to which the trial is rescheduled, June 20, 2005, is excludable time for the purposes of speedy trial. The parties shall notify the Court if a change of plea hearing is necessary in this matter.

  **IT IS SO ORDERED.**

  Signed this 26th day of April, 2005.

/s/   David RHerndon
**United States District Judge**
