IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PIERRE COCHRAN,**

**Defendant.**                                                         No. 05-CR-30019-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court are Defendant Cochran's motion to modify conditions of release (Doc. 19). Specifically, Cochran moves the Court to lift his 6:00 p.m. curfew. The Government does not oppose modifying the curfew from 6:00 p.m. to 10:00 p.m.

The Defendant has had some compliance problems during pretrial release. While the Defendant enjoys the presumption of innocence, he also suffers the requirement of abiding by the reasonable restrictions placed on him by the Magistrate Judge which modify only slightly his liberty pending trial in this case. Because of the Defendant's compliance problems and the questionable issues which are suggested by his own motion, of which the Court was already alerted by the probation officer, the Court has considerable concerns about making less restrictive the environment in which the Defendant is allowed to operate. The Court must be

mindful of the protection of the community.  Should the charges here prove to be true, Defendant was a public servant who violated a serious public trust.  Considering the positions of both sides, the Court finds the Government's position reasonable.

Therefore, the Court being fully advised in the matter **GRANTS in part** Cochran's motion.  The Court **MODIFIES** the conditions of Cochran's release to reflect that his curfew is changed to 10:00 p.m.  All other conditions of his release remain the same.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**