IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**PIERRE COCHRAN,**

**Defendant.**                                              No. 05-CR-30019-DRH

## ORDER

**HERNDON, District Judge:**

On May 4, 2005, the Court became aware of Cochran's request to attend the Kentucky Derby this weekend. The Government does not object to Cochran attending the Derby. Thus, the Court **ALLOWS** Cochran to attend the Derby based on the following. Cochran must provide his pretrial services officer with his complete itinerary prior to leaving, report immediately any police contact while there and call his pretrial service officer or the probation office immediately upon his return to his home.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2005.

/s/   David RHerndon
**United States District Judge**